# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-18-00791-CR
NO. 03-18-00792-CR
NO. 03-18-00793-CR
NO. 03-18-00794-CR

**Gordon N. Ridley, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE 264TH DISTRICT COURT OF BELL COUNTY,
NOS. 77244, 76603, 77191, 77814, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gordon N. Ridley seeks to appeal judgments of conviction for three counts of possession of a controlled substance and one count of possession with intent to deliver a controlled substance. *See* Tex. Health & Safety Code § 481.115(c), (d). The trial court has certified that (1) these are plea-bargain cases and Ridley has no right of appeal, and (2) Ridley has waived the right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

Jeff Rose, Chief Justice

Before Chief Justice Jeff Rose, Justices Field and Toth

Dismissed for Want of Jurisdiction

Filed: December 21, 2018

Do Not Publish